The Geddes Law Firm, P.C.
8600 Technology Way, Suite 107
Reno, NV 89521
Phone 775-853-9455

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELIZABETH DUFFLE, an individual, | CASE NO: 3:23-cv-00078-LRH-CLB |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| PANASONIC CORPORATION OF NORTH AMERICA, a foreign corporation, | |
| Defendant. | |

    Plaintiff Elizabeth Duffle and Defendant Panasonic Corporation of North America, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own costs and attorneys' fees.

1

Dated: November 7, 2023.          THE GEDDES LAW FIRM, P.C.

_____
William J. Geddes, Esq.
Nevada Bar No. 6984
1575 Delucchi Lane, Suite 206
Reno, Nevada 89502
Phone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com

*Attorneys for Plaintiff Elizabeth Duffle*

Dated: November 7, 2023.          FISHER & PHILLIPS LLP

*Electronic Signature Authorized*

/s/ James C. Sullivan, Esq.
Mark J. Ricciardi, Esq.
Nevada Bar No. 3141
John M. Orr, Esq.
Nevada Bar No. 14251
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: mricciardi@fisherphillips.com
E-Mail Address: jorr@fisherphillips.com

James C. Sullivan, Esq.
*Admitted Pro Hac Vice*
4622 Pennsylvania Ave., Suite 910
Kansas City, Missouri 64112
Telephone: (816) 842-8770
E-Mail: jsullivan@fisherphillips.com

*Attorneys for Defendant Panasonic Corporation of North America*

## ORDER

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED that this action is dismissed with prejudice with each party to bear their own attorneys' fees.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter final judgment accordingly, dismiss this action, and close the case.

IT IS SO ORDERED.

DATED this 7th day of November, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE